**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CASE NO. 3:20-CR-9-CAR** |
| : | |
| **EDUARDO AGUILAR LOPEZ** : | |
| a/k/a "EDDY" : | |
| : | |
| **Defendant** : | |
| : | |

**ORDER TO DISMISS INDICTMENT AS TO EDUARDO AGUILAR LOPEZ**

Before the Court is the Government's Motion to Dismiss the Indictment as to Defendant Eduardo Aguilar Lopez. The Government has indicated that the Defendant's whereabouts are unknown at this time.

The Court, having reviewed the motion, finds good cause exists to grant the Government's motion to dismiss. Accordingly, pursuant to Rule 48(a), the charge against Defendant Eduardo Aguilar Lopez is DISMISSED WITHOUT PREJUDICE

**SO ORDERED**, this 2nd day of June, 2022.


   s/C. Ashley Royal
C. ASHLEY ROYAL
SENIOR UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA